# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**AIMSLEY ENTERPRISES INC., ET AL.,**

Plaintiffs**,**

vs.

**DOUG E. MERRYMAN, ET AL.,**

Defendants**.**

CASE NO. 19-cv-02101-YGR

**ORDER DENYING MOTION TO COMPEL ARBITRATION, GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS AND GRANTING MOTION FOR SERVICE OF PROCESS BY EMAIL ON FOREIGN DEFENDANT**

Re: Dkt. Nos. 25, 31, 32

On August 13, 2019, the Court heard oral argument on defendants' motion to compel arbitration (Dkt. Nos. 32, 34, 40) and to dismiss plaintiffs' complaint (Dkt. Nos. 31, 37, 41), both of which were fully briefed. As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, the Court **DENIES** defendants' motion to compel arbitration and **GRANTS IN PART** and **DENIES IN PART** defendants' motion to dismiss plaintiff's complaint, with leave to amend. (*See* Dkt. No. 44.) Specifically, the Court **GRANTS** defendants' motion to dismiss with respect to plaintiffs' claims against Merryman and California Business and Professions Code Section 17200 claim against OPMNY, LLC and affords plaintiffs leave to amend those claims. The Court **DENIES** defendants' motion with respect to plaintiffs' remaining claims. Accordingly, plaintiff **SHALL** file any amended complaint by no later than **September 10, 2019**.

Additionally, and as stated on the record, the Court **GRANTS** plaintiffs' motion for an order allowing alternative service of any amended complaint pursuant to Federal Rule of Civil Procedure 4(h)(2) via the following alternative method: email to attorney for Affinitas Medios de Pagos S.A.P.I. de D.V., Dirk O. Julander of Julander Brown Bollard at doj@jbblaw.com. (Dkt. No. 25.)

This Order terminates Docket Numbers 25, 31, and 32.

**IT IS SO ORDERED.**

Dated: August 14, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**