**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (SBN 232780)
erome@romeandassociates.com
Sridavi Ganesan (SBN 216129)
sganesan@romeandassociates.com
Brianna Dahlberg (SBN 280711)
Bdahlberg@romeandassociates.com
2029 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

Attorneys for Plaintiffs and Counter-Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMSLEY ENTERPRISES INC., et. al. | Case No.: 4:19-cv-02101-YGR |
| Plaintiffs, | **[PROPOSED] ORDER DISMISSING ACTION IN ITS ENTIRETY** |
| v. | |
| DOUG E. MERRYMAN, et. al. | Complaint Filed: April 18, 2019 |
| Defendants. | Trial Date: June 28, 2021 |
| [And related Counterclaim] | |

**ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The Complaint shall be dismissed with prejudice as to all Defendants;
2. The Counterclaims filed by OPMNY shall be dismissed with prejudice as to all Counter-Defendants;
3. The Court shall retain jurisdiction of this matter for the purposes of enforcing the settlement agreement for a period of no more than nine months from the date of entry of this Order; and
4. All parties shall bear their own fees, costs, and expenses.

**IT IS SO ORDERED**

Dated:  October 7, 2020

By: _____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT
COURT JUDGE